# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1257

_____

United States of America

*Plaintiff - Appellee*

v.

Ryan Siders

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: March 14, 2016
Filed: March 17, 2016
[Unpublished]

_____

Before MURPHY, BEAM, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In 2008 Ryan Siders pled guilty to being a felon in possession of a firearm and was sentenced to 57 months imprisonment and a three year term of supervised

release. In 2015 the district court[1] found Siders in violation of his supervised release for the third time after he failed to comply with substance abuse testing, used a controlled substance, consumed alcohol, and operated a motor vehicle while intoxicated. The court revoked his supervised release. The advisory guidelines sentencing range was 8 to 14 months. The court imposed a sentence of 12 months imprisonment and one year of supervised release.

Siders argues that the court imposed a substantively unreasonable sentence under 18 U.S.C. § 3553(a). We conclude that the district court did not abuse its discretion in the sentence it imposed. See United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Linda R. Reade, Chief United States District Judge for the Northern District of Iowa.